441 A.2d 786

Commonwealth v. Scruggs, Appellant.

Petition for Allowance of Appeal Denied May 6, 1982.

Argued October 5, 1981. L. Carter Anderson, for appellant; Deborah Fox, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.